ACCEPTED
12-15-00077-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/27/2015 5:44:10 PM
CATHY LUSK
CLERK

Appellate Docket Number: 

Appellate Case Style: Style:   Roxanne Yvette Davis

Vs.   State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/27/2015 5:44:10 PM

CATHY S. LUSK
Clerk

Companion Case: 

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:   12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
|---|---|
| First Name:   Roxanne | ☒ Lead Attorney |
| Middle Name:   Yvette | First Name:   John |
| Last Name:   Davis | Middle Name:   Brandt |
| Suffix: | Last Name:   Thorson |
| Appellant Incarcerated?   ☐ Yes ☒ No | Suffix: |
| Amount of Bond: $50,000.00 | ☐ Appointed          ☐ District/County Attorney |
| Pro Se:  ◯ | ☒ Retained          ☐ Public Defender |
| | Firm Name:    J. Brandt Thorson, PLLC |
| | Address 1:    P.O. Box 3768 |
| | Address 2: |
| | City:    Longview |
| | State:    Texas          Zip+4:   75606 |
| | Telephone:    903-758-4878          ext. |
| | Fax:   903-212-3038 |
| | Email:   jbt@jbtfirm.com |
| | SBN:    24043958 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: D.

Middle Name: Matt

Last Name: Bingham

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Smith County District Attorney

Address 1: 100 N. Broadway

Address 2: 4th Floor

City: Tyler

State: Texas  Zip+4: 75702

Telephone: 903-590-1720  ext.

Fax: 903-590-1719

Email:

SBN: 00787085

Add Another Appellee/ Attorney

---

**III. Appellee**

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Mike

Middle Name:

Last Name: West

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Smith County District Attorney's Office

Address 1: 100 N. Broadway

Address 2: 4th Floor

City: Tyler

State: Texas  Zip+4: 75702

Telephone: 903-590-1720  ext.

Fax: 903-590-1719

Email: MWest@smith-county.com

SBN: 21203300

Add Another Appellee/ Attorney

---

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Theft

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: February 26, 2015

Offense charged: Theft Property <$1500.00 w/ 2 Prev. Conv.

Date of offense: June 4, 2014

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: March 27, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 16 Months State Jail

Is the appeal from a pre-trial order? ☐ Yes ☒ No

| | |
|---|---|
| Defendant's plea:  Guilty<br><br>If guilty, does defendant have the trial court's certificate to appeal?<br><br>☒ Yes   ☐ No | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?<br>☐ Yes   ☒ No |

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☐ Yes  ☒ No    If yes, date filed: _____

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed: _____

Other:    ☐ Yes  ☒ No                        If yes, date filed: _____

If other, please specify: _____

## VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:    ☐ Yes  ☒ No   ☐ NA    If yes, date filed: _____

Date of hearing: _____            ☐ NA

Date of order: _____              ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied   ☐ NA    If  granted or denied, date of ruling: _____

## VIII. Trial Court And Record

Court: 241st District Court

County: Smith

Trial Court Docket Number (Cause no): 241-1149-14

Trial Court Judge (who tried or disposed of the case):

First Name: Jack

Middle Name:

Last Name: Skeen

Suffix: Jr.

Address 1: 100 N. Broadway

Address 2: Room 220

City: Tyler

State: Texas          Zip + 4: 75702

Telephone: 903-590-1634          ext.

Fax: 903-590-1631

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☐ Yes ☒ No

If yes, date requested:

If no, date it will be requested: March 30, 2015

Were payment arrangements made with clerk?

☐ Yes ☒ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes ☐ No

Was reporter's record requested?   ☒ Yes ☐ No

Was the reporter's record electronically recorded?   ☐ Yes ☒ No

If yes, date requested: March 27, 2015

Were payment arrangements made with the court reporter/court recorder?   ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Christy

Middle Name:

Last Name: Humphries

Suffix:

Address 1: 100 N. Broadway

Address 2: Room 220

City: Tyler

State: Texas          Zip + 4: 75702

Telephone: 903-590-1636          ext.

Fax: 903-590-1631

Email: chumphries@smith-county.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]          Court: [                    ]

Style: [                    ]

　　Vs.　　State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se  Party)　　　　　　　　　Date: March 27, 2015

_____　　　　　　　　　State Bar No: 24043958

Printed Name:

Electronic Signature: J. Brandt Thorson　　　　　　Name: J. Brandt Thorson
　　　(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 27, 2015 .

_____

Signature of counsel (or pro se party)　　　　Electronic  Signature: J. Brandt Thorson
　　　　　　　　　　　　　　　　　　　　　　　(Optional)

　　　　　　　　　　　　　　　State Bar No.: 24043958

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

　　　　　　　　(1) the date and manner of service;
　　　　　　　　(2) the name and address of each person served, and
　　　　　　　　(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 27, 2015

Manner Served: eServe

First Name: D.

Middle Name: Matt

Last Name: Bingham

Suffix:

Law Firm Name: Smith County District Attorney

Address 1: 100 N. Broadway

Address 2: 4th Floor

City: Tyler

State Texas          Zip+4: 75702

Telephone: 903-590-1720     ext.

Fax: 903-590-1719

Email: